

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2016

No. 04-16-00665-CR

**IN RE** Abelardo **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Jason Pulliam, Justice

Relator filed this petition for writ of mandamus complaining the trial court had not ruled on a motion filed by Relator. Because the trial court has ruled on the motion, Relator's petition for writ of mandamus has been rendered moot. Accordingly, this original mandamus proceeding is DISMISSED AS MOOT

It is so **ORDERED** on December 1, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 06-09-03038-ZCR and Cause No. 06-09-03039-ZCRCLM, both styled *State of Texas v. Abelardo Martinez*, pending in the 293rd Judicial District Court, Zavala County, Texas, the Honorable Cynthia L. Muniz presiding.